UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Brendan O'Connor

And : CASE NO.: 22-01707

Debtors : CHAPTER 13

## ENTRY OF APPEARANCE AND NOTICE

Monroe County Tax Claim Bureau hereby enters its appearance and request for notice as a secured and priority creditor and holder of real estate taxes with the following mailing address:

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360
Email: TZito@monroecountypa.gov

"/s/ Tina Zito"
Tina Zito, Bankruptcy Clerk

Parcel # 17.14.1.30-7